SENRICK S. WILKERSON 1885146      77,138 - ?,34,35
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

May 29, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

RE: Writ Nos. W10-01183-J(G) & W10-01184-J(F)

Dear Court of Criminal Appeals,
    I am returning my Objections to State's Response to the writ of habeas corpus to you. On May 29, 2015, I received a letter from this Court, dated May 26, 2015, where it stated that there are no records showing any writ of Habeas Corpus for both cases above.
    On May 11, 2015, the State file its response for Writ Nos. W10-01183-J(G) & W10-01184-J(F). The State should have already forwarded his applications, et cetera. Therefore, I am returning my documents back to you, respectfully requesting for this Court to thorough review my objections and responses. Thanks in advance for your time and a very speedy response would be greatly appreciated.

Sincerely,
Senrick Wilkerson

P.S.
Please safeguard my Liberty

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL
DISTRICT ~~COURT OF CRIMINAL APPEALS~~
DALLAS COUNTY

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 30 2015
Abel Acosta, Clerk

## APPLICANT'S OBJECTIONS TO STATES
## RESPONSE TO APPLICATION FOR WRIT OF HABEAS CORPUS

The State continues to deny Applicant the Records from the above cause. The District Attorney's office do not have any files for this case. Therefore, the State, lawfully never aquired Jurisdiction over F10-01183 Indecency with a Child & F10-01184 Sexual Assault on a Child due to the fact that the State failed to exercise due diligence in arresting Applicant for both tainted and fraudulently forged sex offenses.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 8 2015
Abel Acosta, Clerk

## CASE HISTORY

On 11/22/2010, Dallas Police Department fraudulently forged the filings on cause Nos. F10-01183 & F10-01184. Prosecutor Brooke B. Grona-Robb fraudulently forged the indictments, on 11/24/2010 because both falsified sex offenses were never once taken before any magistrate judge or grand jury. On 11/29/2010, the State forged and falsified the arrest warrants, without any signature of a magistrate judge, and not once did any Peace officer come to Applicant's home to arrest him for these cases. Also, on 11/29/2010, the District Attorney: "DISMISSED ON MOTION OF DISTRICT ATTORNEY." But each warrant show an arrest date as Dec. 23, 2010. These incomplete and fraudulent arrest warrants can be found in the incomplete Clerk's record, that was filed with the Court of Appeals in Dallas, in May of 2014. The State is fraudulently showing four (4) different arrest dates for both falsified offenses.

Applicant filed a preponderance of evidence to support his claims. Applicant's ineffective and deficient defense lawyer filed the motion for new trial on 12/17/2010. On January 5, 2011, that motion for new trial was circled granted and the State violated Applicants due process by purposely failing to inform Applicant of this granted motion. Applicant was unable to argue this due process violation because the State continues not to forward Applicant any records.

## APPLICANT'S STATEMENT OF FACTS

How and why are the files missing from both falsified offenses? The State can not produce any Arrest Records, because there were never any arrest for them! The State can not produce any Arraignment

information from both falsified cases because there was never any arraignments met! Texas law requires that, for every felony offense charged, there must be first preliminary initial appearances, see Article 15.17 Code Criminal Procedure, If this is Texas law.... Then why was Dallas County able to violate it? The State will not respond to Applicant's issues raised because they know that they are guilty of fraud, perjury, and falsifying government documents. Where is the Brady Material & Discovery from both Falsified offenses? The trial files are not lost! They never existed period, Preponderance of evidence??? If the State don't have any original trial records, records, offense reports, arrest reports et cetera.... Then how would the State expect Applicant to show preponderance of any evidence! There are no complaint affidavits for both offenses! So, how could there be indictments! The State is violating its on laws and rules, in order to keep Applicant in prison illegally.

By the State's violation of the United States Constitution no rational juror could have found Applicant guilty beyond a reasonable doubt had the jurors known that Applicant was never once arrested, never once arraigned, never taken before a Magistrate Judge, never given any opportunity to post bail, never informed of any rights to an examining trial or counselor, never read any Miranda Rights, never arraigned, never investigated by Dallas Police Dept., and never had any court dates from both fraudulent sex cases. The State will not forward Applicant any of the documents needed, to show preponderance of evidence, because they are trying to keep covering up the prosecutorial misconducts of Brooke B. Grona-Robb, and the Malpractices of Calvin D. Johnson & Lori Ordway.

The facts are in the incomplete record from cause Nos. F10-01183 and F10-01184. When did Applicant have a court date for these cases? What motion did ineffective lawyer Calvin D. Johnson file? NONE! Where is the Brady Material for cause Nos. F10-01183 & F10-01184? Where are the grand jury minutes for these fraudulent cases? Applicant will ask the Federal Courts to a de novo response for these misconducts, and Applicant wants strick proof for the ineffective assistant of counsel as compared to Strickland.

Of course the state will claim that Applicant's application is procedurally barred and recommend its dismissal. Why won't the State answer and respond back to Applicant's issues raised? WHY? So, the State is saying that it is Texas' Law, for a BLACK INNOCENT man to be tried and

illegally convicted for Sexual Performance by a Child & Sexual Assault on a Child, without never once getting arrested and never getting arraigned for them? The State is saying that its legal to fraudulently forged Four(4) arrest dates for those cases, that never once occurred? The state is saying that its ok for the prosecution to fraudulently forged these indictments, and invalid PR bonds? The State is showing that it is legal to withhold all Brady Material & Discovery? It's ok for the files to be missing, and is it ok for there never being any complaint affidavits? Is it ok for a BLACK Man to be illegally convicted, without being read any Miranda Rights? The State is showing that, a motion for new trial can be granted, and a BLACK MAN will not be entitled to a new trial? Even though its circled granted under ORDER!

## CONCLUSION

Applicant respectfully demands an Evidentiary Hearing in an open Court before an unbiased judge. Judge Gracie G. Lewis signed those fraudulent PR bonds on 12/3/2010, while Applicant was never once in any custody for both falsified sex cases above, she will continue to show harm and prejudice towards Applicant. Applicant's application must be granted and relief granted in the interest of true justice,

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby by certify that on May 15, 2015, the foregoing document has been U.S. mailed to; Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, TX 75207 & Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711.

SENRICK WILKERSON

P.S.
Safeguard my Liberty

EX PARTE

SENRICK WILKERSON

IN THE COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS

## PROOF OF DEFENSE COUNSELOR'S INEFFECTIVE ASSISTANCE

COMES NOW, SENRICK WILKERSON, the APPLICANT pro se in the styled number above, and files this, his proof of defense counselors ineffective assistance, respectfully showing to this Court as follows:

I.

Not only was defense counsel Calvin D. Johnson ineffective, but he also acted extremely unprofessional by allowing Applicant to be illegally tried and illegally convicted for F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assault on a Child, Knowing that Applicant was never once arrested and never once arraigned for them. Calvin D. Johnson allowed the prosecutor Brooke B. Grona-Robb, to fraudulently consolidate both tainted sex offenses, with F08-60213 Compelling Prostitution; when the state never had any Jurisdiction for cause Nos. F10-01183 & F10-01184 due to the fact that the State failed to exercise due diligence in arresting Applicant for them. Brooke B. Grona-Robb fraudulently forged the indictments from cause Nos. F10-01183 & F10-01184, where both tainted offenses were never once presented before any magistrate judge or grand jury. There's absolutely no offense reports, no probable cause, no complaint affidavits, no sworn arrest affidavits, no arraignment information, and no first preliminary initial appearance information to support the incomplete records from cause Nos. F10-01183 & F10-01184.

II.

Without never once having any court appearances for cause Nos. F10-01183 & F10-01184, on 12/13/2010, was the very first time that Calvin D. Johnson had informed Applicant that he was going to trial; And the illegal trial began on 12/14/2010. However, on 12/13/2010, Calvin Johnson tried to convince Applicant to leave the state, and to hide-out because Johnson state that he would not win the trial. Also, on 12/13/2010, Johnson told Applicant infront of the State's (Ms. Terri Jennings) witness, that he would loose his law license if anyone knew that Applicant would be tried for cause Nos. F10-01183 & F10-01184, without being arrested and never being arraigned. See Exhibit A.

Page 1 of 2

## CONCLUSION

What defense lawyer in this country we call 'United States of America', would illegally force their client into a Sham trial, to be illegally convicted on two (2) sex offenses, while knowing that there were never any arrest made, and no arraignments ever met? The answer is, Dallas, Texas, in Dallas County at the Frank Crowley Court building. The defense lawyer is Calvin D. Johnson, in which the Applicant have known since 1993, while they both attended Howard Payne University, with graduating together in 1996. The fact is simply this. Calvin Johnson's performance fell extremely below Strickland V. Washington. Calvin Johnson executed misconduct by acting extremely inappropriately in Applicant's life and liberty, by aiding in depriving Applicant of such. Relief must be granted to Applicant because the Motion for New Trial was granted on January 5, 2011, causing the State to never acquiring Jurisdiction; And the Court of Appeals should have never gone forward with the Direct Appeals. Relief must be granted.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, the foregoing document has been U.S. mailed to: Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

SENRICK WILKERSON

P.S.
Please safeguard my liberty

## AFFIDAVIT

I, Terri Jennings, residing in Dallas County, do state that I am over the age of 18 years old, and am competent to state the following facts:

On December 13, 2010, at Taco Bueno resturant, located on Lemmon Ave., I witnessed defense attorney Calvin D. Johnson, tell Senrick Wilkerson, that he would loose his law license if anyone found out that counselor Johnson was aware of his client being tried without being arrested, and never once arraigned for the latter two charges of, F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assault on a Child.

I also witnessed defense counselor Johnson, advise Mr. Wilkerson to leave the state and to not show up for the trial, that had began on December 14, 2010. Mr. Johnson clearly stated, that he would not win the trial.

I, Terri Jennings, currently residing in Dallas County, delcare under penalty of perjury that, according to my belief, the facts stated in this documnet are true and correct.

_____              5-14-15
TERRI JENNINGS                          DATE

EXHIBIT
A

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, Texas 77583

May 29, 2015

CLIENT-ATTORNEY ASSISTANCE PROGRAM
Program Director
P.O. Box 12487
Capitol Station
Austin, Texas 78711

RE: Record 674910

Dear Mrs. Jessica A. Bergeman,

   I truly mean no disrespect, but I received a letter from you on Wednesday May 27, 2015, that was dated May 22, 2015. Here's a quote from this letter, in the very last sentence of the second paragraph: "However, we are enclosing a list of resources that you may find helpful." The strange thing is this: You failed to enclose a list of resources. Was this done purposely, or was this an honest mistake? You enclosed the copy of that Affidavit, that was signed by the State's witness, Ms. Terri Jennings, which provides proof of the ineffectiveness and the misconducts of defense counselor Calvin D. Johnson. Why won't you people do anything about this illegally conspired mess that I am in because of the malicious prosecutorial misconducts and the fraudulently forged indictment executed by prosecutor Brooke B. Grona-Robb; with the unprofessionalism executed by Calvin D. Johnson! Also, are you planning to forward me that list of resources, that you mentioned in the letter from Record 674910, that was never mailed to me? Thanks in advance for your time and a very speedy response would be greatly appreciated.

                                        Sincerely,
                                        Senrick Wilkerson

P.S.
Please safeguard my Liberty